UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 00-1680 ADM/AJB

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>HARLAND E. HIEMSTRA,<br>Defendant,<br>MINNESOTA DEPARTMENT OF NATURAL RESOURCES,<br>Garnishee. | **STIPULATION FOR SETTLEMENT AND ORDER** |

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee on or about August 2, 2001.

Pursuant to the Writ of Garnishment, the garnishee filed an Answer with this Court on or about August 22, 2001. In its Answer, the garnishee states that at the time of the service of the Writ, the garnishee, had, and continues to have, in its possession and under its control, personal property belonging to and due the defendant, in the form of wages and that there is available future earnings under this garnishment after deductions are made for statutory withholdings and previously served garnishments. Since the time the Writ was served, the garnishee has withheld funds of $307.00, $307.47 and $317.55 from defendant's wages.

On or about August 2, 2001, the defendant was personally served with notice of his right to a hearing as to this garnishment

OCT 0 1 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

action. The defendant has requested such a hearing but now wishes to settle this matter in full on the following terms.

The parties agree and hereby stipulate to the following:

1. The checks in the amount of $307.00, $307.47 and $317.55, withheld by the garnishee and currently held by the U.S. Attorney's Office under the above garnishment, shall be deposited and applied to reduce the judgment debt.

2. Defendant is refinancing his home and agrees to pay an additional $12,638.89 through Village Title by no later than October 5, 2001.

3. If the payment referenced in paragraph 2 above is not received by October 5, 2001, the Court may enter an order for garnishment of defendant's wages without further notice or hearing.

4. If the payment of $12,638.89 is received as outlined in paragraph 2 above, the Writ of Garnishment will be released.

Dated: September 26, 2001

THOMAS B. HEFFELFINGER
United States Attorney

M. Trippler

BY: MARY L. TRIPPLER
Assistant U.S. Attorney
Attorney I.D. No. 110887
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5600

Dated:

[signature]
Harland Hiemstra
Defendant

IT IS SO ORDERED.

10/1/01

Judge Ann D. Montgomery
United States District Court